UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DENNIS FRANK DICKERSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 08-4651** |
| **SHERIFF RODNEY J. STRAIN/DR. INGLESE** | **SECTION "S"(1)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Dennis Frank Dickerson's oral motion to voluntarily dismiss Sheriff Rodney Jack Strain, Jr., is **GRANTED** and the claims against Sheriff Strain are hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 18th day of March, 2009.

_____
UNITED STATES DISTRICT JUDGE