UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DENNIS FRANK DICKERSON | CIVIL ACTION |
| VERSUS | NO. 08-4651 |
| RODNEY JACK STRAIN, JR., ET AL. | SECT. S, MAG. 1 |

### AFFIDAVIT OF DR. RICHARD INGLESE

STATE OF LOUISIANA

PARISH OF ST. TAMMANY

    **BEFORE ME,** Notary Public, came and appeared Dr. Richard Inglese, Medical Director of the St. Tammany Parish Sheriff's Office, who after being duly sworn did depose and state:

1.     I am Dr. Richard Demaree Inglese and I have a M.D. degree from the University of Pennsylvania School of Medicine and I am licensed to practice medicine in the state of Louisiana.

2.     I have qualified as an expert in both state and federal courts in the areas of internal medicine, correctional health care, infection control, HIV, Hepatitis C, and Tuberculosis.

3.     I have the qualifications set forth in the attached Curriculum Vitae.

4.     Among my other duties, I am the Medical Director of the St. Tammany Parish Sheriff's Office and I know the facts set forth in this affidavit of my own personal knowledge.



5. I have personally reviewed the St. Tammany Parish Jail Medical Records of inmate Dennis Frank Dickerson.

6. The St. Tammany Parish Medical Staff responded to numerous requests for medical treatment made by inmate Dennis Frank Dickerson. I have personally reviewed his medical chart and it is my opinion that inmate Dickerson has received appropriate medical care while at the St. Tammany Parish Jail.

7. During his confinement at the St. Tammany Parish Jail beginning July 31, 2008, to the present, inmate Dickerson submitted one only complaint concerning the medical care issues raised in this lawsuit and this complaint was responded to promptly by Ricardo Escobar, an administrator of the St. Tammany Parish Jail Medical Department. A copy of the complaint is attached.

8. Inmate Dickerson did not challenge Escobar's response to his complaint by filing a grievance in accordance with Jail Administrative Remedy Procedures.

9. Inmate Dickerson never submitted any grievance in accordance with the St. Tammany Parish Jail's Administrative Remedy Procedure concerning the medical treatment (or lack thereof) he was receiving at the St. Tammany Parish Jail.

10. Any complaint or grievance submitted by an inmate concerning medical treatment is referred directly to the medical department and a member of the jail medical staff promptly responds to the complaint or grievance.

11. If an inmate is not satisfied with the response, the inmate may appeal the response to me and if he is still not satisfied with my response, he may then appeal to the Sheriff.

12. Inmate Dickerson did not exhaust all his administrative remedies as required by the St. Tammany Parish Jail Administrative Remedy Procedure concerning his denial of medical treatment claim prior to filing his lawsuit.

Richard Demaree Inglese, M.D.
St. Tammany Parish Jail
Medical Director

Sworn to and subscribed before me,
This 13th day of April, 2009.

R. Bradley Lewis (Bar No. 08657)
Notary Public

# CURRICULUM VITAE

## RICHARD INGLESE, M.D.

**GENERAL INFORMATION:**

Date of Birth: 25 September 1965  
Home Address: 6233 LaSalle Place  
New Orleans, LA 70118

Work Phone: (504) 827-8528  
Home Phone: (504) 251-6372

**EMPLOYMENT HISTORY:**

Orleans Parish Criminal Sheriff's Office  
Medical Administration  
2800 Gravier St.  
New Orleans, LA 70119  
(Feb. 2000 – present)

**Medical Director:**  
(Feb. 2000 – present)

The Orleans Parish Criminal Sheriff's Office (OPCSO) is one of the largest jails in the United States, processing approximately 90,000 persons each year. Nearly 6,000 inmates are incarcerated with OPCSO at any one time. The Medical Director is responsible for the health care of these inmates and oversees the entire Medical Department which is quite large, employing 16 full-time physicians, 8 dentists, 2 podiatrists, 70 nurses, 15 medical assistants, and over 30 additional support personnel. With an operating budget of 11 million dollars, the department is expansive maintaining the following medical facilities on-site: an acute care clinic, a skilled nursing facility, an in-patient psychiatric unit, 12 separate general medicine clinics, a diabetic housing unit, and a housing unit for individuals with advanced HIV disease. Likewise, OPCSO offers a broad range of medical services including emergency medical care, medical sick-call, psychiatry, general dentistry, OB/GYN, orthopedics, physical therapy, podiatry, and various chronic care medical clinics (Asthma Clinic, Cardiology Clinic, Diabetic Clinic, Epilepsy Clinic, Hypertensive Clinic, and Internal Medicine Clinic). In addition, OPCSO has a large Infection Control Department which supports an active Tuberculosis Clinic, HIV Clinic, Hepatitis Clinic, and Sexually Transmitted Disease Clinic.

The Medical Director provides leadership for the entire department overseeing medical care, developing new programs, implementing new policies, supervising daily operations, and integrating medical services with security functions. The Director is responsible for each division of the Medical Department: Administration, Quality Improvement, Education and training, Infection Control, Medical Supply, Primary Care, General Dentistry, Psychiatry, and Social Services. Additionally, the Medical Director serves as liaison to various external organizations including regional medical centers, local medical schools, community-based health care programs, the Office of Public Health (OPH), and other state and federal correctional facilities. The Director negotiates and monitors contracts with these outside agencies. The Medical Director maintains an active presence in the community supervising several public health programs, administrating a satellite clinic for OPH, recruiting at local nursing schools, and participating in various public relations programs. The Director supports various grants and research initiatives in conjunction with OPH, the Centers for Disease Control, and local medical schools.

1

**Interim Medical Administrator:**
(July 2001 – July 2002)

>The Medical Administrator supervises the daily operations of the Medical Department overseeing the various components: Clinic Operations, Credentials, Education and Training, Infection Control, Information Management, Medical Supply, Nursing Services, Quality Improvement, and Medical Records. The Administrator also monitors ancillary services such as dietary, emergency transport, lab, pharmacy, waste management, and x-ray services. Additionally, the Administrator is intimately involved with personnel issues including staffing, scheduling, payroll, and disciplinary matters. The Medical Administrator coordinates all department functions to ensure orderly operation.

**Director of Infection Control:**
(Feb. 2000 – present)

>The Orleans Parish Criminal Sheriff's Office maintains a large Infection Control Department to prevent and/or treat communicable diseases among inmates and facility staff. Twenty percent of inmates have latent tuberculosis infection, five percent are infected with HIV, and thirty percent carry hepatitis C virus. Consequently, the Director oversees active Tuberculosis, HIV, Hepatitis, and Sexually Transmitted Disease Clinics. The Director is also responsible for infectious disease consultations within the facility and for maintaining employee immunization and in-service records.

**St. Tammany Parish Sheriff's Office**
Medical Department
1200 Champagne St.
Covington, LA 70434
(April 1, 2004 – present)

**Medical Director:**

>The St. Tammany Parish Sheriff's Office (STPSO) is a medium-sized county (parish) jail which books approximately 18,000 persons annually and supports a resident population of 1000 inmates. On April 1, 2004, I was appointed Medical Director for STPSO. Prior to my appointment, health care services at the jail were contracted from a private physician group. Upon my arrival, I designed, hired, and trained an entire on-site Medical Department. The department provides general medical care to inmates and also supports numerous ancillary health-related functions: quality improvement, education and training, infection control, employee health, medical supply, on-site pharmaceutical services, laboratory services, x-ray services, referral scheduling, and medical records. All of these services are new to the jail, implemented under my supervision as Medical Director. Medical Department personnel include the Medical Director, a Medical Administrator, 4 physicians, 1 psychiatrist, a physician's assistant, 11 nurses, and five additional support staff.

**Tulane University School of Medicine**
New Orleans, LA 70118
(Nov. 2000 – present)

**Assistant Professor of Medicine:**

>As part of the General Internal Medicine faculty, I participate in direct patient care. Furthermore, I have an active role in medical education, supervising both residents and medical students on in-patient medicine wards at the Medical Center of Louisiana, New Orleans. I have several additional responsibilities as well: staffing resident morning report, instructing for the medical school's *Foundations in Medicine* Course, and interviewing medical school applicants for admission.

2

**West Jefferson Medical Center**
Marrero, LA 70072
(June 1999 – Feb 2000)

**Hospitalist:**

In this position, I functioned as the sole hospitalist for a private medical group consisting of nine physicians and one nurse practitioner. I was responsible for the admission, discharge, and daily management of patients admitted from our group. This included patients admitted to the medical floor as well as patients admitted to the Intensive Care and Cardiac Care Units. In addition to my role as primary attending physician, I had an extensive role as medical consultant. I was routinely consulted to see our group's patients in the Emergency Department. I also followed our patients after their admission to other primary services such as cardiology, orthopedics, or rehabilitation medicine. Lastly, I maintained an active outpatient clinic consisting of recently discharged patients.

**Malcolm Grow USAF Medical Center**
89th Medical Group
Andrews AFB, MD 20762
(July 1996 – June 1999)

**Staff Internist:**

My primary duties in this 185 bed hospital included the following: I served as attending physician to the Intensive Care Unit, the Cardiac Care Unit, and the general medicine ward. Furthermore, I functioned as internal medicine consultant to the Emergency Department, Primary Care Department, and the Departments of Surgery and OB/GYN, while also acting as medical admitting officer of the day. I was the primary care provider for 1000 outpatients, but also staffed an acute care clinic. In addition, I supported the medicine subspecialty clinics by performing flexible sigmoidoscopy and exercise-treadmill testing (over 1000 performed).

**Internal Medicine Training Officer:**

Malcolm Grow Medical Center is a teaching hospital and supports 30 family practice residents, 10 transitional internship residents, and medical students from the Uniformed Services University of the Health Sciences (USUHS). As internal medicine training officer, I oversaw medical curriculum for the ICU, CCU, medicine ward, and ambulatory medicine rotations. Also, I served as course director for the internal medicine lecture series. (I personally delivered 48 of the 240 yearly lectures and developed 7 syllabi for the course.) In addition, I worked closely with medical students from USUHS, directing a second year Physical Diagnosis course and all fourth year sub-internships in the Department of Medicine.

**Critical Care Air Transport (CCAT) Team Leader:**

CCAT teams are tasked with the air transportation of seriously injured or critically ill patients. These operations involve both short-distance air lifts and long-distance, intercontinental, air transports.

**Additional Duties:**
Director, Cardiovascular Stress Testing
Course Director, Cardiac Evaluation and Care
Course Director, Advanced Cardiac Life Support
Interviewer, USUHS Admissions Committee
Instructor, Critical Care Nursing Course
Basic Life Support Instructor
Health Records Committee Member

**USAF Hospital / 51st Medical Group**
Osan Air Base, Republic of Korea
(July 1995 – July 1996)

### Chief, Medical Services Flight:

The chief of Medical Services Flight supervised the Primary Care Clinic, Internal Medicine Clinic, and the Emergency Department at the USAF Hospital Osan. This facility provided 68,000 outpatient visits and 850 inpatient admissions per year. The flight chief also oversaw both the 25 bed, inpatient, medical ward and the outpatient records department.

### Chief, Internal Medicine:

The chief of Internal Medicine coordinated the department which included general internal medicine, cardiology, neurology, and dermatology. Furthermore, I served as the primary internal medicine consultant to Air Force medical practitioners in Korea. Other duties included arranging all medical air evacuations from Osan Air Base, as well as personally accompanying all emergent air evacuations.

### Chief, Disaster-Casualty Team:

As team chief, I organized and trained a medical unit to function as a disaster-response team. This unit was also prepared to function as a wartime treatment crew. I served as the primary instructor, training members in advanced trauma life support, the treatment of battlefield injuries, and the management of chemical warfare casualties.

### Additional Duties:

"Medical Officer of the Day"- intermittent duty as primary Emergency Department physician
Director, Laboratory Medicine
Director, Coumadin Clinic
Director, Tuberculosis Clinic
Chemical warfare consultant to the 51st medical group

Committee Member:
    Executive Committee of the Medical Staff
    Pharmacy and Therapeutics
    Credentials Committee

Educational Duties:
    Course Director, Advanced Cardiac Life Support
    Course Director, Cardiac Evaluation and Treatment
    Director, medical student education
    Instructor, National Registry of Emergency Medical Technicians

## ACADEMIC APPOINTMENTS:

Tulane University School of Medicine
    New Orleans, Louisiana
    Assistant Professor of Medicine
    November 2000 – present

4

Uniformed Services University Of The Heath Sciences
F. Edward Hebert School of Medicine
    Bethesda, Maryland
    Assistant Professor of Medicine
    July 1996 – June 1999

Dan Kook University
College of Medicine
    Suwan, Republic of Korea
    Clinical Assistant Professor
    March 1996 – present

University of Maryland
Asian Division
    Osan Air Base, Republic of Korea
    Instructor, Human Biology
    March 1996 – May 1996

**EDUCATION:**

| | |
|---|---|
| 1992-1995 | USAF Medical Center Keesler<br>Keesler AFB, MS<br>Internal Medicine Residency |
| 1987-1992 | University of Pennsylvania School of Medicine<br>Philadelphia, Pennsylvania<br>Medical Doctorate<br>    Distinctions: Health Professions Scholarship Program Recipient |
| 1983-1987 | Case Western Reserve University<br>Cleveland, Ohio<br>Bachelor of Arts in Chemistry<br>    **Distinctions:** Summa cum Laude<br>    Phi Beta Kappa<br>    The Freshman Chemistry Achievement Award<br>      (Outstanding Student in Freshman Chemistry)<br>    The Merck Index Award<br>      (Outstanding Student in Organic Chemistry)<br>    The Lubrizol Corporation Award<br>      (Top Graduate in Chemistry)<br>    The Consummate Scholar/Athlete<br>      (Presented by Sigma Alpha Epsilon Fraternity)<br>    Ukrainian Association Scholarship<br>      (Academic Achievement)<br>    Western Reserve Scholar<br>    Dean's List |

**MILITARY SERVICE:**

| | |
|---|---|
| 1999 | Honorably discharged from the USAF |
| 1998 | Promoted to the rank of Major<br>Served as Internal Medicine Consultant to the Surgeon General of the Air Force<br>    Medical Incident Investigator<br>Awarded the Air Force Achievement Medal |

| | |
|---|---|
| 1997 | Awarded the Air Force Commendation Medal |
| 1996 | Assigned to Malcolm Grow USAF Medical Center, Andrews AFB, MD |
| 1995 | Assigned to USAF Hospital Osan, Osan Air Base, Republic of Korea <br> Attended Combat Casualty Care Course, Camp Bullis, TX |
| 1992 | Promoted Captain <br> Assigned to USAF Medical Center Keesler, Biloxi, MS |
| 1988 | Attended the School of Aerospace Medicine, Brooks AFB, TX |
| 1987 | Commissioned 2nd Lieutenant, U.S. Air Force Reserve <br> Attended Officer Indoctrination School, Lackland AFB, TX <br>     Distinguished by election to both Honor Flight and Honor Squadron |

## PROFESSIONAL LICENSURE:

Medicine and Surgery, State of Louisiana
    June 1999 – present     License no. L#13023R

Medicine and Surgery, Commonwealth of Pennsylvania
    May 24, 1995–present     License no. MD-055529-L
    Expiration: Dec.31, 2001

## PROFESSIONAL CERTIFICATION:

American College of Physicians, Member
    June 1998     Membership no. 1032141
Fundamental Critical Care Support Certification, Society of Critical Care Medicine
    Dec. 1997
Diplomat in Internal Medicine, American Board of Internal Medicine
    Aug. 1996     Certificate no. 166076
Diplomat, National Board of Medical Examiners
    July 1993     Certificate no. 423076
Advanced Cardiac Life Support Instructor/Provider, expiration: Feb. 2004
ACLS Affiliate Faculty (while at Malcolm Grow Medical Center)

## SPECIALIZED TRAINING:

Trauma and Emergency Medicine
    Critical Care Air Transport Course, The School of Aerospace Medicine, Brooks AFB, TX, 1997
        96 CME hours of instruction on the stabilization, management, and transportation of critically ill patients
    Fundamental Critical Care Course, Society of Critical Care Medicine, Brooks AFB, TX, 1997
    Staff Physician, Emergency Department, 51st Medical Group, Osan AFB, ROK, 1995-96
        Over 400 hours as primary Emergency Department physician
    Disaster-Casualty Training, Osan AFB, ROK, 1995-96
        75 hours of specialized training on the treatment of mass casualties, battlefield injuries, and victims of multiple trauma
    Primary physician for Emergency Air Evacuation, Osan AFB, ROK. 1995-96
        Over 100 hours of patient transport time, Experienced in both airplane and helicopter transport

6

Combat Medicine/Medical Readiness Training 1996, 1995
Combat Casualty Care Course, Camp Bullis, TX, 1995
Advanced Trauma Life Support, Brook Army Medical Center, TX, 1995

Chemical Warfare Training
    Chemical Warfare Consultant to the 51st Medical Group, Pacific Air Command, ROK, 1995-96
        Expert in the management of chemical warfare injuries
    Medical Red Flag Training, Davidsonville, MD 1997
    Chemical Warfare Training, Camp Bullis ,TX 1995
    Chemical and Biologic Defense Training, 1998, 1996, 1995

Hyperbaric and Hypobaric Medicine
    The School of Aerospace Medicine, Brooks AFB, TX, 1997, 1988
    Chamber Medical Attendant, The Institute for Environmental Medicine
        University of Pennsylvania Medical Center, Philadelphia, PA, 1988-92

## MEDICAL CONSULTING / EXPERT WITNESS:

For the past five years, I have worked as an independent contractor, providing consultation services to numerous agencies in need of medical opinions. I have consulted with various local and state correctional facilities, evaluating medical operations, medical budgets, pharmacy services, compliance with accreditation standards, and adherence to prevailing standards of medical care. I also regularly provide medical consultation to several legal firms, performing chart reviews and testifying as an expert witness in medical malpractice cases. I have been certified as an expert in Federal Court in the areas of internal medicine, correctional health care, infection control, HIV, Hepatitis C, and Tuberculosis. I also served as a "sentinel event" investigator for the United States Air Force.

# Complaint Form Emergancy

On 8-10-08 I Dennis Frank Dickerson, had slipped and fell on A-200 at St. Tammany Parish Jail. Approx 3:00pm on 8-10-08 I was walking to the water machine on A-200 and the hole floor was soaken wet 'ause there is no shower certains to prevent the floor from being wet. There as no signs to warn floor was wet. I slipped and hit my head which busted e back of my head open and knocked me out. Medical was called and was the Ambulance. I was took out on a stretcher and was placed in Neck Brace. I had 5 staples put in my head, Due to the slipp and fall, which injured my neck. I'm recovering from a broken neck in 3 places C-2, C-5 &C-7. e medical Department refuse to give me medication to help me with my pain nd muscle spasms. I take LorA TAB & Valum for my injuries. I came to Jail 14-07 to 6-10-08 and was only given Nuratin 900 mg 3 times a day as well exiral 10 mg. Now they cut me off my muscle spasm medication & only get 300 mg uratin 3 times daily. This isn't helping my pain in my neck. I need to be back my LorA TAB & Valums for my pain and muscle spasms. Also from 12-29-07 May 2008 I was in Medical Dorm Due to my medical problem A-931 was my ed. Medical is falsely claiming my father is in there which is a lie. Donald Paul Dickerson is not in Jail, that is my Father.

CC
Bobby Jindal Gov.
Jack Strain JR. Sheriff
oy Burns JR  Lawyer
David Lee  Docter

Dennis Frank Dickerson
D-714
8-24-08



## RESPONSE TO INMATE COMPLAINTS

Inmate Name: Dennis Dickerson

Booking Number:

Housing Assignment: D-700

DATE OF INCIDENT:

TIME OF INCIDENT:

PLACE OF INCIDENT: Medical

### RESPONSE

You are currently receiving pain medications as prescribed by the doctors. If you need to further discuss your pain medications or your housing assignment, you must submit a new *Sick Call Request* form

DATE RESPONDED TO: 8/26/2008

RANK WHO RESPONDED: R. Escobar